Decided September 9, 1999

STATE OF CONNECTICUT *v.* JOHN BOWMAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 650 (AC 17922), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Theresa M. Dalton*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided September 9, 1999